

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2014

Nos. 04-13-00242-CR & 04-13-00243-CR

James Michael **CHIN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2012CR5328 & 2011CR7140
Honorable Melisa Skinner, Judge Presiding

# O R D E R

Sitting:  Catherine Stone, Chief Justice
     Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Marialyn Barnard, Justice
     Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

The court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court